No. 99–9960. Ross v. Chapman, Warden. C. A. 11th Cir. Certiorari denied.

No. 99–9961. Salb v. Parks, Warden, et al. C. A. 11th Cir. Certiorari denied.

No. 99–9962. Chambers v. Pennsylvania. Super. Ct. Pa. Certiorari denied.

No. 99–9963. Drane v. Georgia. Sup. Ct. Ga. Certiorari denied.

No. 99–9964. Biggs v. Yukins, Warden. C. A. 6th Cir. Certiorari denied.

No. 99–9966. Anty v. United States. C. A. 4th Cir. Certiorari denied.

No. 99–9967. Bradshaw v. United States. C. A. 6th Cir. Certiorari denied.

No. 99–9968. Acevedo-Toscano v. United States. C. A. 9th Cir. Certiorari denied.

No. 99–9969. Shultz v. United States. C. A. 8th Cir. Certiorari denied.

No. 99–9970. Peoples v. Michigan Department of Corrections. C. A. 6th Cir. Certiorari denied.

No. 99–9971. Torres v. Johnson, Director, Texas Department of Criminal Justice, Institutional Division. C. A. 5th Cir. Certiorari denied.

No. 99–9972. Morris v. California. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 99–9975. Kinermon v. Garcia, Warden. C. A. 9th Cir. Certiorari denied.

No. 99–9976. Mosseri v. United States. C. A. Fed. Cir. Certiorari denied.

No. 99–9977. Murry v. Murray, Superintendent, Groveland Correctional Facility, et al. C. A. 2d Cir. Certiorari denied.